JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&M TRUCKING, INC. and AZNAOUR POGHOSYAN<br><br>Plaintiffs,<br><br>vs.<br><br>UFCC WEST INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY<br><br>Defendants. | Case No.: 2:18-cv-07648-CJC-(SSx)<br><br>Honorable Cormac J. Carney<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint Filed: April 4, 2018<br>Trial Date: None Set |

The court has considered the stipulation of counsel regarding the settlement of the case and the proposed dismissal of the case with prejudice now dismisses the complaint and all claims with prejudice.

DATED: July 25, 2019

By_____
CORMAC J. CARNEY
Judge of the United States District Court